IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 13-cv-03051-WJM-BNB

FERNANDO VALDEZ CAMPOS,

    Applicant,

v.

ERIC HOLDER JR.,
JOHN KERRY,
JOHN MORTON,
JOHN LONGSHORE,
MR. CHOATES,
JOHN SUTHERS, and
CORINA E. ALMEIDA,

    Respondents.

## ORDER

At issue is the five improperly named respondents. The law is well-established that the only proper respondent to a habeas corpus action is the applicant's custodian. *See* 28 U.S.C. § 2242; Rules 2(a) and 1(b), Rules Governing Section 2254 Cases in the United States District Courts; *Harris v. Champion*, 51 F.3d 901, 906 (10th Cir. 1995). In this case, Mr. Choates is Applicant's warden and is a properly named respondent. Eric Holder Jr., the United States Attorney General, also may be properly included as a respondent for the purpose of submitting an answer to the show cause order. Respondents John Kerry, John Morton, John Longshore, John Suthers, and Corina E. Almeida are not properly named respondents in this action. Accordingly, it is

    ORDERED that Respondents Mr. Choates and Eric Holder Jr. are properly named for the purpose of responding to the 28 U.S.C. § 2241 Application. It is

FURTHER ORDERED that the Clerk of the Court is directed to terminate Respondents John Kerry, John Morton, John Longshore, John Suthers, and Corina E. Almeida as parties to this action.  It is

FURTHER ORDERED that the Clerk of the Court is directed to serve Mr. Choates at the ICE Processing Center GEO Group Inc. Detention Center in Aurora, Colorado.

Dated this 5th day of December, 2013.

BY THE COURT:

William J. Martinez
United States District Judge