**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-3051-WJM-BNB

FERNANDO VALDEZ CAMPOS

    Petitioner,
v.

ERICK HOLDER JR., U.S. Attorney General,
MR. CHOATES

    Respondents.

---

**ORDER GRANTING MOTION TO WITHDRAW APPLICATION OF HABEAS CORPUS**

---

    This matter comes before the Court on Petitioner's Motion to Withdraw Application of *Habeas Corpus* filed February 12, 2014 (ECF No. 21).  The Court construes Petitioner's Motion as a Motion to Dismiss the Application for Writ of *Habeas Corpus* without Prejudice (ECF No. 1).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

    Petitioner's Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITHOUT PREJUDICE.  Each party shall pay his own attorney's fees and costs.

    Dated this 12th day of February, 2014.

                                             BY THE COURT:

                                             William J. Martínez
                                             United States District Judge